JS-6

Tammy J. Terry SB# 230283
Email: terry@obwb.com
OSHA BERGMAN WATANABE & BURTON LLP
1100 Louisiana Street, Suite 4900
Houston, TX 77002
Telephone: (713) 228-8600
E-mail: OBWB-TA3-Cupshe@obwb.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TA3, Inc. d/b/a TA3 Swim,<br><br>  Plaintiff,<br><br>  vs.<br><br>Cupshe, LLC and Nanjing Kapeixi Network Technology Co., Ltd. d/b/a www.cupshe.com<br><br>  Defendants. | Case No. 2:24-cv-6649-DMG-SSC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [19]**<br><br>Jury Trial Demanded |

The Court, having considered the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown, IT IS HEREBY ORDERED that this action be dismissed with prejudice, each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: December 2, 2024

_____
Dolly M. Gee
Chief United States District Judge